JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MORGAN,<br><br>        Petitioner,<br><br>  vs.<br><br>LOS ANGELES COUNTY JAIL;<br>SHERIFF LEROY D. BACA,<br><br>        Respondents. | Case No. CV 10-01410-DSF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   7/8/10

                                                    DALE S. FISCHER<br>
                                                    UNITED STATES DISTRICT JUDGE